# Exhibit A

CASE TYPE: PERSONAL INJURY

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                          FOURTH JUDICIAL DISTRICT

| | | |
|---|---|---|
| Irene Martin, | ) | Court File Number: _____ |
| | ) | The Honorable: _____ |
| Plaintiff, | ) | |
| | ) | **SUMMONS** |
| v. | ) | |
| | ) | |
| SUNBEAM PRODUCTS, INC., a foreign for-profit corporation authorized to do business and doing business in within the State of Minnesota | ) | |
| | ) | |
| Defendant. | ) | |

THIS SUMMONS IS DIRECTED TO the above-named Defendant:

1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number on this summons.

2. **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this summons **a written response** called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this summons located at:

Brantingham Law Office

2200 E Franklin Avenue, Suite 202

[1] *See* Crockpot Express Owner's Manual pg. 2 and 3.

Minneapolis, MN 55404

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the complaint. If you do not want to contest the claims stated in the complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the complaint.

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

---

[1] *See* Crockpot Express Owner's Manual pg. 2 and 3.

Dated: 6/11/24

By:

BRANTINGHAM LAW OFFICE
Jeremy L. Brantingham, MN #0299558
2200 E. Franklin Avenue, Suite 202
Minneapolis, MN 55404
(612) 339-9700
**ATTORNEYS FOR PLAINTIFF**

[1] *See* Crockpot Express Owner's Manual pg. 2 and 3.

CASE TYPE: PERSONAL INJURY

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                          FOURTH JUDICIAL DISTRICT

| | | |
|---|---|---|
| Irene Martin, | ) | Court File Number: _____ |
| | ) | The Honorable: _____ |
| Plaintiff, | ) | |
| | ) | **COMPLAINT** |
| v. | ) | |
| | ) | |
| SUNBEAM PRODUCTS, INC., | ) | |
| a foreign for-profit corporation authorized | | |
| to do business and doing business in the | | |
| state of Minnesota | | |
| | ) | |
| Defendant. | ) | |

Plaintiff complains of Defendant, and for cause thereof alleges:

1.      Defendant Sunbeam Products, Inc., (hereinafter referred to as "Defendant Sunbeam" designs, manufactures, markets, imports, distributes, and sells a range of consumer products, including the subject "Crock-Pot Express Crock Multicooker", which includes Model Number CPPCV60-SS (referred to hereafter as "Pressure Cooker(s)").

2.      Defendant Sunbeam includes a number of warnings in their product manual, warning the consumer of the dangers of cooking with high pressure and hot steam[1].

3.      Defendant Sunbeam designed, manufactured, marketed, imported, distributed, and sold, both directly and through third-party sellers, a product that suffers from serious and dangerous defects. Said defects cause significant risk of bodily harm and injury to its customers.

[1] *See* Crockpot Express Owner's Manual pg. 2 and 3.

4.      Specifically, said dangerous defects manifested themselves when the pressurized container violently explodes in the midst of a cooking process.

5.      Defendant Sunbeam knew or should have known of these defects, but continued to sell the Pressure Cookers without adequate warning of the dangers the product posed to consumers through its normal and intended use.

6.      As a direct and proximate result of the Defendant Sunbeam's conduct, the Plaintiff in this case incurred significant and painful bodily injuries, medical expenses, physical pain, mental anguish, and diminished enjoyment of life.

### Plaintiff Irene Martin

7.      Plaintiff Irene Martin is a resident of the State of Minnesota, residing in Minneapolis, Hennepin County.

8.      On April 17, 2023, Plaintiff Irene Martin was making dinner using her Sunbeam Crock Pot Pressure Cooker. She checked on the device when an error message flashed on the screen, only to have the device explode.

9.      On or about April 17, 2023, Plaintiff suffered serious and substantial burn injuries to her body as a direct and proximate result of the Pressure Cooker's explosion while she used it for its usual and intended purpose.

9.      That Plaintiff has been caused to endure great pain and suffering as a result of the negligence of Defendant.


WHEREFORE, Plaintiff prays for judgment against Defendant for an amount in excess of Fifty Thousand Dollars ($50,000), together with his costs and disbursements herein.


[1] *See* Crockpot Express Owner's Manual pg. 2 and 3.

Dated: 6/11/24                    By: _____

**BRANTINGHAM LAW OFFICE**
Jeremy L. Brantingham, MN #0299558
2200 E. Franklin Avenue, Suite 202
Minneapolis, MN 55404
(612) 339-9700
**ATTORNEYS FOR PLAINTIFF**


The undersigned hereby acknowledges that costs, disbursements, and reasonable attorney fees may be awarded to the opposing party or parties pursuant to Minnesota Statute § 549.21, subd. 2.

_____
Jeremy Brantingham

---

[1] *See* Crockpot Express Owner's Manual pg. 2 and 3.